

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2013

No. 04-13-00520-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF B.C. AS A MENTALLY ILL PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013MH2178
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

After one 18-day extension of time, Appellant's brief was due to be filed on or before September 17, 2013. Neither the brief nor a second motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within 10 days from the date of this order why this appeal should not be dismissed for want of prosecution. See TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2013.

_____
Keith E. Hottle
Clerk of Court